UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JIMMY ROSARIO,<br><br>Defendant. | 26 Mag. 3146<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record yesterday, the Magistrate Court's August 4, 2026 order granting bail is reversed. Defendant will remain detained pending trial.

The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

Dated: August 7, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge
Part I